1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw@sbcglobal.net
   Attorney for Plaintiff
5

6                UNITED STATES DISTRICT COURT

7           FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                       EASTERN DIVISION

9

10 ANNETTE CAMPOS,                ) CASE NO.: **EDCV 13-1358 DTB**
                                  )
11           Plaintiff,            ) (~~PROPOSED~~) ORDER AWARDING
                                  ) EAJA FEES
12     v.                         )
                                  )
13 CAROLYN W. COLVIN, Acting      )
   Commissioner of Social Security)
14 Administration,                )
                                  )
15           Defendant.            )
   _____  )
16

17     Based upon the parties' Stipulation for Award and Payment of Equal Access

18 to Justice Act (EAJA) Fees ("Stipulation"),

19     **IT IS ORDERED** that Plaintiff shall be awarded attorneys fees under the

20 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

21 SEVEN HUNDRED THIRTY-TWO DOLLARS and 71/cents ($2,732.71), as

22 authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the

23 Stipulation.

24

25 DATED: October 27, 2014
                                   _____
26                                 HONORABLE DAVID T. BRISTOW
                                   U.S. MAGISTRATE JUDGE
27

28

                                    1